UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHRISTOPHER WALTERS,

                    Plaintiff,

      -against-

UNITED PARCEL SERVICE,

                  Defendants.
------------------------------------------------------------x

No. 09-CV-2325 (JFB)

**NOTICE OF DISMISSAL WITH PREJUDICE**

TO ALL PARTIES AND TO
THEIR ATTORNEYS OF RECORD:

    **PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismisses his action in this matter with prejudice, and without costs and fees.

Dated:    September __, 2009
             New York, New York

By: _____
Sandra Sands
Sandra Sands & Associates PLLC
250 Fulton Avenue
Suite 409
Hempstead, NY 11550
(516) 505-0044 (tel)
(516) 505-0022 (fax)

*Attorneys for Plaintiff Christopher Walters*

**SO ORDERED:**

Date:_____       _____
                                     HON. JOSEPH F. BIANCO, U.S.D.J.